# EXHIBIT A

| PERFORMANCE BOND <br> (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) <br> January 29, 2002 | | | OMB No.: 9000-0045 |
|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| Nason Construction, Incorporated <br> 2000 Foulk Road, Suite F <br> Wilmington, DE 19810 | ☐ INDIVIDUAL | ☐ PARTNERSHIP | |
| | ☐ JOINT VENTURE | ☒ CORPORATION | |
| | STATE OF INCORPORATION <br> Delaware | | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Travelers Casualty and Surety Company of America <br> 2550 Eisenhower Avenue <br> Trooper, PA 19403 | MILLION(S) <br> 16 | THOUSAND(S) <br> 605 | HUNDRED(S) <br> 466 | CENTS <br> 50 |
| | CONTRACT DATE <br> 1/25/02 | CONTRACT NO. <br> DACA61-02-C-0001 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

PRINCIPAL

Nason Construction, Inc.

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | NAME & ADDRESS | Travelers Casualty and Surety Company of America <br> 2550 Eisenhower Ave., Trooper, PA 19403 | STATE OF INC. <br> Connecticut | LIABILITY LIMIT <br> $ 50,973,000 | Corporate Seal |
|---|---|---|---|---|---|
| SURETY A | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Kelly G. Hennessy <br> Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION <br> Previous edition not usable

STANDARD FORM 25 (REV. 5-96) <br> Prescribed by GSA - FAR (48 CFR) 53.228(b)

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| NAME & ADDRESS | | | $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) See Below | TOTAL ($) $110,047.00 |
|---|---|---|

$6.40 per $1,000 for 1st $500,000
$5.70 per $1,000 for next $2,000,000
$5.90 per $1,000 for next $2,500,000
$5.30 per $1,000 for next $2,500,000   $5.76 per thousand for remainder

### INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 REV. 5-89 BACK
USAPAYLDE

Bond No. 103745924

| PAYMENT BOND | DATE BOND EXECUTED (Must be same or later than date of contract) | OMB NO. 9000-0045 |
|---|---|---|
| (See instructions on reversal) | January 29, 2002 | |

The reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), General Acquisition Policy Division, GSA, Washington, DC 20405.

PRINCIPAL (Legal name and business address)

Nason Construction, Incorporated
100 Foulk Road, Suite F
Wilmington, DE 19810

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL   ☐ PARTNERSHIP
☐ JOINT VENTURE   ☒ CORPORATION

STATE OF INCORPORATION: Delaware

SURETY(IES) (Name(s) and business address(es))

Travelers Casualty and Surety Company of America
2550 Eisenhower Avenue
Trooper, PA 19403

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 16 | 605 | 466 | 50 |

CONTRACT DATE: 1/25/02
CONTRACT NO.: DACA61-02-C-0001

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

PRINCIPAL

| | 1. Nason Construction, Inc. | 2. | 3. | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| SIGNATURE(S) | 1. | 2. (Seal) | (Seal) |
|---|---|---|---|
| NAME(S) (Typed) | 1. | 2. | |

CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | Travelers Casualty and Surety Company of America 2550 Eisenhower Ave., Trooper, PA 19403 | STATE OF INC. Connecticut | LIABILITY LIMIT $50,973,000 | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. Kelly G. Hennessy Attorney-in-Fact | | 2. | |

STANDARD FORM 25A (REV. 10-98)

## CORPORATE SURETY(IES) (Continued)

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

NASON CONSTRUCTION, INC.
2000 Foulk Road, Suite F
Wilmington, Delaware 19810

16. REMITTANCE ADDRESS (Include only if different than item 14)

SAME

| CODE. | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required [...] by the Government in writing within *____ calendar days [...] Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.

AMOUNTS ►  * As per schedule set forth in Section 00800, Page 2, Addendum No. 1, dated 01/04/02

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 1 | | | | | |
|---|---|---|---|---|---|---|
| DATE | 1/4/02 | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Michael B. Berardi, President | /s/ Michael B. Berardi | 1/18/02 |

AWARD (To be completed by Government)

21. ITEMS ACCEPTED: Design Base Bid (Item 0001A), Construction Base Bid (Item Nos. 0001B through 0001M), Equipment Options (Item Nos. 0001N through 0001MM), Subcontracting Plan (Attachment "A"), Nason Constrn, Inc. proposal dated 1/18/02 with acknowledged Amendment Nos. 0001, 0002, 0003 (Attachment "B"). Section 00100 and Attachment B are incorporated by reference.

22. AMOUNT: Sixteen Million Six Hundred Five Thousand Four Hundred Sixty Six Dollars and Fifty Cents ($16,605,466.50)

23. ACCOUNTING AND APPROPRIATION DATA:
97 NA x 0833 0200 ESx08 8014070900000000441103230 630C74

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 Copies unless otherwise specified) | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C 2304(c)( ) ☐ 41 U.S.C 253(c)( ) |
|---|---|---|

26. ADMINISTERED BY:
U.S. Army Engineer District, Phila.
100 Penn Square East
Wanamaker Building
Philadelphia, PA 19107-3390

27. PAYMENT WILL BE MADE BY:
U.S. Army Corps of Engineers
Finance Center
5722 Integrity Drive
Millington, TN 38054-5005

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT Contractor is required to sign this document and return ____ copies to issuing office [...]

☒ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted [...]

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN | 31A. NAME OF CONTRACTING OFFICER (Type or print) ROBERT SHARAMA-LEW Chief, Contracting Division |
|---|---|
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA BY /s/ | 31C. AWARD DATE JAN 2 5 2002 |

STANDARD FORM 1442 BACK (REV. 4-85)

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DACA61-02-C-0001 | W25PHS01335318 | |

ISSUED BY — CODE

District Engineer
U.S. Army Engineer District, Philadelphia
Wanamaker Building, 100 Penn Square East
Philadelphia, PA 19107-3390

8. ADDRESS OFFER TO

U.S. Army Engineer District, Philadelphia
ATTN: CENAP-CT-C (Rm 643)
Wanamaker Building, 100 Penn Square East
Philadelphia, PA 19107-3390

9. FOR INFORMATION CALL: A. NAME     B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

RFP NO: DACA61-02-R-0002

TITLE: Mortuary, Dover AFB, Dover, Delaware

ISSUE DATE: 12 December 2001
PROPOSALS DUE: 11 January 2002, close of business, 4:00 p.m., EST

SITE INSPECTION: CAUTION: SECURITY MEASURES ARE SUCH AT DOVER AFB THAT BIDDERS WILL NOT BE PERMITTED TO ENTER DOVER AFB WITHOUT AN OFFICIAL ESCORT AND PROPER IDENTIFICATION. THEREFORE, ALL BIDDERS WHO WISH TO ATTEND THE 20 DECEMBER 2001 SITE VISIT MUST FOLLOW THE INSTRUCTIONS FOUND IN SECTION 00800, SCR-18, "PHYSICAL CONDITIONS (APR 1984)", PARA. E.

THIS IS AN UNRESTRICTED PROCUREMENT.

AWARD WILL BE MADE PURSUANT TO THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM
NAICS: 233320     $27.5 MIL

11. The Contractor shall begin performance within __10__ calendar days and complete it within __425__ calendar days after receiving
☐ award.  ☒ notice to proceed. This performance period is ☒ mandatory. ☐ negotiable. (See _____)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?
(If "YES," indicate within how many calendar days after award in Item 12B.)
☒ YES  ☐ NO

12B. CALENDAR DAYS: 10

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __6__ copies to perform the work required are due at the place specified in Item 8 by __4:00 p.m.__ (hour) local time