# EXHIBIT B

# Part II

| Activity ID | Orig Dur | % | Early Start | Early Finish | Total Float | WRKF | BIDI | RESP | Activity (2002–2003 bar chart) |
|---|---|---|---|---|---|---|---|---|---|
| 430 | 30 | 30 | 15APR02A | 27MAY02 | 10 | | 0001D | D/BC | Buildings 105, 106, 112, 114 Demolition |
| 410 | 3 | 100 | 15APR02A | 16APR02A | | | 0001B | D/BC | Install Project & Safety Signs |
| 860 | 5 | 50 | 22APR02A | 01MAY02 | 7 | | 0001D | D/BC | Establish E&S |
| 550 | 5 | 15 | 22APR02A | 02MAY02 | 27 | | 0001H | D/BC | Pre-Demo Abatement |
| 1630 | 15 | 0 | 29APR02 | 17MAY02 | 10 | | 0001C | ELEC | Relocate Primary |
| 1970 | 15 | 0 | 10MAY02 | 30MAY02 | 1 | | 0001I | D/BC | Remove & Dispose of PCB contaminated soil |
| 1140 | 15 | 0 | 13MAY02 | 31MAY02 | 0 | | 0001D | D/BC | Site Clearing / Demo |
| 540 | 10 | 0 | 27MAY02 | 07JUN02 | 0 | | 0001D | D/BC | Building Pad Preparation |
| 840 | 10 | 0 | 27MAY02 | 07JUN02 | 0 | | 0001D | D/BC | Site Cut/Fill |
| 870 | 25 | 0 | 10JUN02 | 12JUL02 | 2 | | 0001D | D/BC | Site Utilities |
| 880 | 10 | 0 | 08JUL02 | 19JUL02 | 2 | | 0001C | D/BC | Curbing |
| 900 | 5 | 0 | 22JUL02 | 26JUL02 | 2 | | 0001C | D/BC | Sub-base |
| 930 | 5 | 0 | 22JUL02 | 26JUL02 | 7 | | 0001C | ELEC | Site Lighting |
| 940 | 5 | 0 | 22JUL02 | 26JUL02 | 7 | | 0001C | D/BC | Sidewalks |
| 910 | 5 | 0 | 29JUL02 | 02AUG02 | 2 | | 0001C | D/BC | Binder |
| 960 | 10 | 0 | 05AUG02 | 16AUG02 | 2 | | 0001D | D/BC | Landscaping |
| 920 | 5 | 0 | 19AUG02 | 23AUG02 | 2 | | 0001C | D/BC | Top Paving |
| 950 | 5 | 0 | 19AUG02 | 23AUG02 | 5 | | 0001C | D/BC | Signage |
| 970 | 3 | 0 | 26AUG02 | 28AUG02 | 2 | | 0001C | D/BC | Striping |
| 980 | 0 | 0 | 02SEP02* | | 0 | | | | South End Sitework Complete |
| **Building Construction** | | | | | | | | | |
| 1240 | 5 | 0 | 10JUN02 | 14JUN02 | 0 | | 0001B | D/BC | Building Layout |
| 990 | 30 | 0 | 17JUN02 | 26JUL02 | 0 | | 0001B | D/BC | Excavation & Footings |

Timescale: 2002: J FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC; 2003: JAN FEB MAR APR MAY JUN JU

| | |
|---|---|
| Start Date | 01FEB02 |
| Finish Date | 20JUN03 |
| Data Date | 29APR02 |
| Run Date | 17MAY02 10:00 |

Early Bar
Target Bar
Progress Bar
Critical Activity

DAFM

Sheet 4 of 8

**Dover Air Force Base**
**Mortuary Affairs Building**
**Progress Payment #2 Update**

| Date | Revision | Checked | Approved |
|---|---|---|---|

**NASON** CONSTRUCTION, INC.
*Builders & Construction Managers*

© Primavera Systems, Inc.

| Activity ID | Orig Dur | % | Early Start | Early Finish | Total Float | WRKF | BIDI | RESP | Bar label (2002–2003) |
|---|---|---|---|---|---|---|---|---|---|
| 1170 | 10 | 0 | 15JUL02 | 26JUL02 | 0 | | 0001B | D/BC | Piers |
| 1010 | 20 | 0 | 29JUL02 | 23AUG02 | 0 | | 0001B | D/BC | Structural Steel |
| 1150 | 10 | 0 | 19AUG02 | 30AUG02 | 0 | | 0001B | D/BC | Steel Joists |
| 1020 | 10 | 0 | 02SEP02 | 13SEP02 | 0 | | 0001B | D/BC | Metal Deck |
| 1180 | 20 | 0 | 02SEP02 | 27SEP02 | 0 | | 0001B | MECH | Underslab Utilities |
| 1030 | 35 | 0 | 16SEP02 | 01NOV02 | 0 | | 0001B | D/BC | Exterior CMU / Brick |
| 1060 | 40 | 0 | 16SEP02 | 08NOV02 | 0 | | 0001B | D/BC | Metal Roofing |
| 1690 | 3 | 0 | 24SEP02 | 26SEP02 | 1 | | 0001B | D/BC | Elevated Slab |
| 1190 | 10 | 0 | 30SEP02 | 11OCT02 | 0 | | 0001B | D/BC | Slab on Grade |
| 1200 | 5 | 0 | 14OCT02 | 18OCT02 | 0 | | 0001B | D/BC | Interior Layout |
| 1230 | 60 | 0 | 14OCT02 | 03JAN03 | 0 | | 0001B | ELEC | Electrical Rough-In |
| 1260 | 60 | 0 | 14OCT02 | 03JAN03 | 0 | | 0001B | MECH | Mechanical Rough-In |
| 1650 | 60 | 0 | 14OCT02 | 03JAN03 | 30 | | 0001B | MECH | Plumbing Rough-In |
| 1120 | 30 | 0 | 21OCT02 | 29NOV02 | 0 | | 0001B | D/BC | Metal Wall Framing |
| 1040 | 20 | 0 | 04NOV02 | 29NOV02 | 15 | | 0001B | D/BC | Exterior Metal Panel Siding |
| 1620 | 10 | 0 | 11NOV02 | 22NOV02 | 84 | | 0001B | ELEC | Lightning Protection |
| 1070 | 30 | 0 | 18NOV02 | 27DEC02 | 59 | | 0001B | D/BC | Exterior Glazing/Clearstory Windows |
| 1410 | 25 | 0 | 02DEC02 | 03JAN03 | 5 | | 0001B | COE | Telephone/Data |
| 1470 | 15 | 0 | 02DEC02 | 20DEC02 | 15 | | 0001K | ELEC | PA System |
| 1400 | 20 | 0 | 02DEC02 | 27DEC02 | 20 | | 0001B | D/BC | Install Overhead Doors & Fire Shutters |
| 1270 | 40 | 0 | 02DEC02 | 24JAN03 | 29 | | 0001B | D/BC | Sprinkler Rough-In |
| 1990 | 5 | 0 | 02DEC02 | 06DEC02 | 40 | | 0001JJ | D/BC | Install Dock Levelers |
| 1130 | 10 | 0 | 02DEC02 | 13DEC02 | 64 | | 0001B | D/BC | Roof Blocking/Curbing |

Timescale: J FEB MAR APR MAY JUN 2002 JUL AUG SEP OCT NOV DEC JAN FEB MAR 2003 APR MAY JUN JU

| | |
|---|---|
| Start Date | 01FEB02 |
| Finish Date | 20JUN03 |
| Data Date | 29APR02 |
| Run Date | 17MAY02 10:00 |

Early Bar
Target Bar
Progress Bar
Critical Activity

DAFM

Dover Air Force Base
Mortuary Affairs Building
Progress Payment #2 Update

Sheet 5 of 8

| Date | Revision | Checked | Approved |
|---|---|---|---|

NASON CONSTRUCTION, INC.
Builders & Construction Managers

© Primavera Systems, Inc.

| Activity ID | Orig Dur | % | Early Start | Early Finish | Total Float | WRKF | BIDI | RESP | Activity |
|---|---|---|---|---|---|---|---|---|---|
| 1080 | 10 | 0 | 02DEC02 | 13DEC02 | 69 | | 0001B | D/BC | Exterior Louvers |
| 1350 | 20 | 0 | 02DEC02 | 27DEC02 | 69 | | 0001B | D/BC | Doors/Frames/Hardware |
| 1670 | 25 | 0 | 13DEC02 | 16JAN03 | 31 | | 0001B | MECH | Duct & Plumbing Insulation |
| 1210 | 5 | 0 | 16DEC02 | 20DEC02 | 64 | | 0001B | MECH | Set Rooftop Units |
| 1090 | 10 | 0 | 16DEC02 | 27DEC02 | 69 | | 0001B | D/BC | Gutters & Downspouts |
| 1250 | 30 | 0 | 23DEC02 | 31JAN03 | 0 | | 0001B | D/BC | Close-in walls |
| 1720 | 15 | 0 | 23DEC02 | 10JAN03 | 0 | | 0001L | ELEC | Install CCTV surveillance system |
| 1710 | 5 | 0 | 30DEC02 | 03JAN03 | 5 | | 0001J | MECH | Install exhaust hood in receiving |
| 2000 | 5 | 0 | 30DEC02 | 03JAN03 | 20 | | 0001KK | D/BC | Install Air Curtains |
| 1160 | 10 | 0 | 30DEC02 | 10JAN03 | 59 | | 0001B | D/BC | Caulking |
| 1600 | 10 | 0 | 06JAN03 | 17JAN03 | 10 | | 0001B | D/BC | Racks / Material Handling Equipment |
| 1280 | 20 | 0 | 13JAN03 | 07FEB03 | 0 | | 0001B | D/BC | Ceiling Grid |
| 1310 | 20 | 0 | 27JAN03 | 21FEB03 | 29 | | 0001B | D/BC | Finish Sprinkler |
| 1430 | 10 | 0 | 27JAN03 | 07FEB03 | 39 | | 0001B | D/BC | Locker / Toilet Partitions |
| 1290 | 30 | 0 | 03FEB03 | 14MAR03 | 0 | | 0001B | MECH | Finish Mechanical |
| 1300 | 30 | 0 | 03FEB03 | 14MAR03 | 0 | | 0001B | ELEC | Finish Electrical |
| 1330 | 25 | 0 | 10FEB03 | 14MAR03 | 0 | | 0001B | D/BC | Wall Finishes |
| 1340 | 20 | 0 | 17FEB03 | 14MAR03 | 0 | | 0001B | D/BC | Flooring |
| 1420 | 20 | 0 | 17FEB03 | 14MAR03 | 0 | | 0001B | D/BC | Ceramic Tile / Specialty Flooring |
| 1790 | 5 | 0 | 24FEB03 | 28FEB03 | 24 | | 0001S | MECH | Install 3 Retractable Hoses |
| 1810 | 5 | 0 | 24FEB03 | 28FEB03 | 24 | | 0001U | D/BC | Install Washer/Sterilizer |
| 1930 | 1 | 0 | 24FEB03 | 24FEB03 | 28 | | 0001GG | D/BC | Install garment press |
| 1730 | 10 | 0 | 24FEB03 | 07MAR03 | 29 | | 0001M | MECH | Install cold storage rooms |

Timescale: 2002 J FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC — 2003 JAN FEB MAR APR MAY JUN JUL

| | |
|---|---|
| Start Date | 01FEB02 |
| Finish Date | 20JUN03 |
| Data Date | 29APR02 |
| Run Date | 17MAY02 10:00 |

Early Bar
Target Bar
Progress Bar
Critical Activity

DAFM

Dover Air Force Base
Mortuary Affairs Building
Progress Payment #2 Update

Sheet 6 of 8

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

**NASON** CONSTRUCTION, INC.
*Builders & Construction Managers*

© Primavera Systems, Inc.

| Activity ID | Orig Dur | % | Early Start | Early Finish | Total Float | WRKF | BIDI | RESP | Activity |
|---|---|---|---|---|---|---|---|---|---|
| 1740 | 15 | 0 | 24FEB03 | 14MAR03 | 29 | | 0001N | ELEC | Installation of 20 surgical exam lights |
| 1750 | 5 | 0 | 24FEB03 | 28FEB03 | 29 | | 0001O | D/BC | Install washer-extractors |
| 1760 | 5 | 0 | 24FEB03 | 28FEB03 | 29 | | 0001P | ELEC | Install Clothes Dryers in Persdnel Effects |
| 1770 | 10 | 0 | 24FEB03 | 07MAR03 | 29 | | 0001Q | MECH | Install Retractable hoses in embalming |
| 1780 | 12 | 0 | 24FEB03 | 11MAR03 | 29 | | 0001P | D/BC | Install mobile autopsy tabl |
| 1820 | 5 | 0 | 24FEB03 | 28FEB03 | 29 | | 0001W | MECH | Install one distilled water cer |
| 1830 | 5 | 0 | 24FEB03 | 28FEB03 | 29 | | 0001V | D/BC | Install electric steam generat |
| 1840 | 15 | 0 | 24FEB03 | 14MAR03 | 29 | | 0001X | D/BC | Install Pathology Stations |
| 1850 | 1 | 0 | 24FEB03 | 24FEB03 | 29 | | 0001Y | D/BC | Install mounted TV Bracket |
| 1870 | 5 | 0 | 24FEB03 | 28FEB03 | 29 | | 0001AA | D/BC | Install handheld single show |
| 1890 | 1 | 0 | 24FEB03 | 24FEB03 | 29 | | 0001CC | D/BC | Install Countertop eyewasl |
| 1910 | 1 | 0 | 24FEB03 | 24FEB03 | 29 | | 0001EE | D/BC | Install 500lb Ice maker |
| 1920 | 3 | 0 | 24FEB03 | 26FEB03 | 29 | | 0001FF | D/BC | Install safety showers with eye/face wash |
| 1940 | 1 | 0 | 24FEB03 | 24FEB03 | 29 | | 0001HH | D/BC | Install commercial flatwork ir |
| 1950 | 8 | 0 | 24FEB03 | 05MAR03 | 29 | | 0001II | D/BC | Install clothing conveyors |
| 1980 | 1 | 0 | 24FEB03 | 24FEB03 | 29 | | 0001MM | D/BC | Install Bio Safety Cabinet |
| 1640 | 25 | 0 | 28FEB03 | 03APR03 | 0 | | 0001B | MECH | Finish Plumbing |
| 1320 | 15 | 0 | 03MAR03 | 21MAR03 | 0 | | 0001B | D/BC | Ceiling Tile |
| 1880 | 8 | 0 | 06MAR03 | 17MAR03 | 13 | | 0001BB | D/BC | Install Track ceiling operating dental lights |
| 1360 | 10 | 0 | 10MAR03 | 21MAR03 | 9 | | 0001B | D/BC | Millwork/Toilet Accesso |
| 1500 | 10 | 0 | 10MAR03 | 21MAR03 | 9 | | 0001B | D/BC | Punchlist |
| 1700 | 10 | 0 | 10MAR03 | 21MAR03 | 9 | | 0001B | D/BC | Wall Guards / FEC |
| 1860 | 4 | 0 | 14MAR03 | 19MAR03 | 11 | | 0001Z | D/BC | Install Projection Screen |

Timeline: 2002 — J FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC; 2003 — JAN FEB MAR APR MAY JUN J

Start Date 01FEB02
Finish Date 20JUN03
Data Date 29APR02
Run Date 17MAY02 10:00

Early Bar
Target Bar
Progress Bar
Critical Activity

© Primavera Systems, Inc.

DAFM

Sheet 7 of 8

Dover Air Force Base
Mortuary Affairs Building
Progress Payment #2 Update

| Date | Revision | Checked | Approved |
|---|---|---|---|

NASON CONSTRUCTION, INC.
Builders & Construction Managers

| Activity ID | Orig Dur | % | Early Start | Early Finish | Total Float | WRKF | BIDI | RESP | Activity |
|---|---|---|---|---|---|---|---|---|---|
| 1440 | 5 | 0 | 17MAR03 | 21MAR03 | 9 | | 0001B | D/BC | Interior Glazing |
| 1800 | 5 | 0 | 17MAR03 | 21MAR03 | 9 | | 0001T | D/BC | Install Security Cages |
| 1960 | 5 | 0 | 17MAR03 | 21MAR03 | 9 | | 0001LL | D/BC | Install Prefab Refrigerator |
| 1900 | 1 | 0 | 17MAR03 | 17MAR03 | 13 | | 0001DD | D/BC | Install whiteboards with sliding panels |
| 2010 | 10 | 0 | 21MAR03 | 03APR03 | 0 | | 0001B | MECH | Testing & Balancing |
| 1490 | 0 | 0 | 04APR03 | | 0 | | 0001B | D/BC | Certificate of Occupan |
| 1610 | 11 | 0 | 04APR03 | 18APR03 | 0 | | 0001B | COE | Owner Move-In |
| **Site Construction Phase II - North End of Site** | | | | | | | | | |
| 1510 | 15 | 0 | 21APR03 | 09MAY03 | 0 | | 0001E | D/BC | Demolition of Existing Mortuary |
| 1590 | 5 | 0 | 12MAY03 | 16MAY03 | 0 | | 0001C | D/BC | Demo/Gradir |
| 1660 | 5 | 0 | 15MAY03 | 21MAY03 | 0 | | 0001C | D/BC | Site Utilities |
| 1540 | 2 | 0 | 19MAY03 | 20MAY03 | 1 | | 0001C | D/BC | Stone Subb |
| 1680 | 20 | 0 | 19MAY03 | 13JUN03 | 2 | | 0001F | D/BC | Permanent Chainlink Fence |
| 1530 | 3 | 0 | 22MAY03 | 26MAY03 | 0 | | 0001C | D/BC | Curbing |
| 1570 | 5 | 0 | 27MAY03 | 02JUN03 | 0 | | 0001C | ELEC | Site Ligh |
| 2020 | 4 | 0 | 27MAY03 | 30MAY03 | 1 | | 0001C | D/BC | Sidewalk |
| 1520 | 4 | 0 | 03JUN03 | 06JUN03 | 0 | | 0001C | D/BC | Binder |
| 1580 | 5 | 0 | 09JUN03 | 13JUN03 | 0 | | 0001C | D/BC | Landscaping |
| 1110 | 3 | 0 | 09JUN03 | 11JUN03 | 7 | | 0001C | D/BC | Site/Courtyard Furnishings |
| 1550 | 3 | 0 | 16JUN03 | 18JUN03 | 0 | | 0001C | D/BC | Top Coat Paving |
| 1560 | 3 | 0 | 18JUN03 | 20JUN03 | 0 | | 0001C | D/BC | Strip |

Timeline: 2002: J FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC; 2003: JAN FEB MAR APR MAY JUN JU

| | |
|---|---|
| Start Date | 01FEB02 |
| Finish Date | 20JUN03 |
| Data Date | 29APR02 |
| Run Date | 17MAY02 10:00 |

Early Bar
Target Bar
Progress Bar
Critical Activity

© Primavera Systems, Inc.

DAFM Sheet 8 of 8

Dover Air Force Base
Mortuary Affairs Building
Progress Payment #2 Update

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

NASON CONSTRUCTION, INC.
Builders & Construction Managers



# Exhibit "H", Liquidated Damage Clause

NOTE: SUBCONTRACTOR must provide all labor, material, equipment and supervision as required to meet the applicable activity completion dates indicated on the contract. Nason Construction Inc., reserves the right to update and adjust this schedule as required throughout the duration of this project. Please note that there are liquidated damages associated with the ~~principal contract in the amount of **FOUR THOUSAND DOLLARS ($4,000.00)** per day and they will be assessed to any supplier or subcontractor, which delays the project schedule.~~

**JOB NAME: DOVER AIR FORCE BASE MORTUARY, DOVER DELAWARE**

COMPANY NAME: JJID INC (Please Print) DATE: 6/4/02

EXECUTED BY: [signature] (Must be an officer of your company) TITLE: 6/4/02

→ JJID not responsible for any acceleration to schedule adjustment unless due to delay by JJID; JJID will expect payment for any acceleration due to schedule adjustment not the fault of JJID.

[signature] 6/4/02

No [illegible] [illegible] Costs [initials] 7/26/02

[signature] 7/26/02

NASON CONSTRUCTION, INC.

EXHIBIT "L"
DAFB - MORTUARY FACILITY
DOVER, DELAWARE
SITEWORK - SCOPE OF WORK
MAY 17, 2002

**The Scope of Work is for Convenience in bidding and shall include but be limited to the following:**

1 All work shall be performed in strict accordance with all bidding documents complete, as issued prior to the scheduled bid date, including plans. specifications. sketches, project invitation-to-bid, pre-bid meeting minutes. addenda or bulletins. project schedule and phasing. In the event of any discrepancy between the plans and specifications or any other bid document. the higher quantity or higher value shall be included in the bid.

2 All bidders shall visit the site and familiarize themselves with local conditions. obstructions, means of egress, logistics, etc.

3 Provide all material equipment, labor, supervision. layout. applicable permits and fees, licensing, and incidentals to meet the schedule included within the bid package.

4 Provide safety requirements as per EM 385 Safety & Health Manual and most current OSHA as required for your work. The contractor shall at all times provide for a safe work environment. Additionally. the contractor shall make available and provide a safe means of access at all times, for the Owner. Construction Manager, Architect. Engineer and other contractors.

5 Contractor is responsible at all times for the means and methods of construction including the transporting and unloading of material, equipment, personnel. etc. to and from the work area. Nason Construction must review all means and methods prior to starting construction.

6 Provide complete mobilization and demobilization of equipment, material, and personnel as required by the specifications. schedule and phasing, and project conditions.

7 The contractor is required to remove all trash and debris to the project dumpster and leave their work area in broom clean condition, all as directed by the Construction Manager. Excess material from the work shall be legally disposed of off-site. at the contractors expense, so as to not interfere or encumber the work site, staging area. or work of other contractors.

8 The contractor shall both coordinate and cooperate with the work of other contractors. The contractor shall both schedule and coordinate the furnishing and/or installation of any imbedded items required by the work in a timely fashion. so as to not adversely affect the project schedule.



9 The contractor shall be responsible to thoroughly review the bid documents prior to the date for bid. The contractor shall fax in writing to the Construction Manager, 5 days prior to bid, a request f clarification to any error or ommission, ambiguity or latent condition that they notice in the bid documents. Failure to seek written clarifiction, as noted above, shall not be the basis for any increase in the contract sum.

10 The project will be executed in TWO PHASES. Refer to the Project Schedule. Nason Construction reserves the right to update the schedule to reflect actual progress. The schedule is also subject to change with respect to logic. thus possibly changing the sequence of work. Revisions to the schedule will not be a basis for an increase in the contract sum.

11 ALL personell entering the site must wear steel tip shoes.

12 ALL personell entering the site must have a valid drivers license. Access onto the base is the responsibility of the contractor and their employees. Any lost time or cost thereof is the sole responsibility of the contractor. Nason Construction will assist in facilitating access to the base. All vehicles entering the site must have a current registration and proof of insurance showing the expiration date.

13 This project is subject to liquidated damages in the amount of $4,000/ day. Nason Construction will assess damages to contractors delaying the schedule. Notification of assesment of damages will be forwarded in writing to the responsible contractor.

14 This project is subject to all requirements of the Davis-Bacon prevailing wage act and will require certified payrolls.

15 Bid Bonds as well as Payment and Performance Bonds are not required. However Nason reserves the right to request a Payment and Performance Bond. The Contractor, if required will be reimbursed for the bond cost.

16 This project has a workforce Minority participation goal of 14.5% and a Female participation goal of 6.9%.

17 The contractor shall include in his bid a minimum of 15 % minority participation via. Veteran Owned Small Business Concerns, HUBZone Small Business Concerns, Small disadvantage Business Concerns or Woman owned Business Concerns.

18 The construction site is adjacent to taxiway Bravo and it is the responsibility of the contractor to abide by all Air Force and FAA regulations.



19 The PHASE 1 Demolition has been previously awarded. The scope of that work is as listed below:

PHASE 1 Demolition scope includes the following demolition notes as umbered on drawing C-1.01:
1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 22, 26, 27
Scope also includes "Additional Notes" 1, 2, 3 on drawing C-1.01

In reference to drawing note #25. This contractor is responsible for removing the building slab on grade and foundations. The building relocation will be by others.

Include demolition of scale and scale pit. See attached drawing of existing pit.

The contractor shall backfill and compact the existing foundations and pits after demolition and leave the area leveled off at the existing grade.

In reference to Note #4. This contractor is responsible for removing the asphalt paving and bituminous base course. The stone subbase shall be left in place.

All debris shall be removed from the site and disposed of at a legal dump site.

NOTE: All work not identified above shall be performed by this conractor.

20 GENERAL SCOPE

a) Demolition of all water, sanitary and storm water systems complete.
b) Building demolition, including all mechanical and electrical elements. Disconnects by others.
c) Phase 2 Demolition
d) Furnish and Install all Water, Sanitary, Storm Water, Gas, and Fire Water systems complete.
e) Furnish and install water taps.
f) Earthwork cuts and fills, building pad preparation, preparation of subgrade for paving. All excess material shall be removed from site. Stone base under the slab on grade is by others.
g) Provide box out for concrete slab at outdoor mechanical area.
h) Asphalt paving and stone subbase
j) Concrete sidewaks, curbs and gutters.
k) Striping and signage
l) Erosion and sediment control and maintenance through out the project.
m) Include GENERAL CONSTRUCTION NOTES: G1, G2, G3, G7, G8, G9, G10, G17, G19, G20, G22.
n) Excavate and load 230tons of PCB contaminated soil into trucks. Trucks and disposal off site will be provided by Duffiels Assoc. under a separate contract. This contractor is responsible for providing the required worker and work area safety as per EM385 and OSHA.
o) Footing excavation, backfill and spoil removal is by the concrete contractor.
p) Import (as required) and place topsoil. Sodding, seeding and planting are by others.
q) Furnish and install loading dock sump and pit per dwg. C-111.
r) Furnish and install concrete footings, foundation walls, slab on grade and stone subbase at dumpster enclosure. Masonry is by others.
s) Provide all layout, dewatering and dust control.
t) Fencing, gates and controllers are by others.
u) ALL electrical work is by others.
v) Includes crew downtime due to DAFB security requirements



w) Provide As-built drawings with MONTHLY INVOICE.
x) Additional Project management time for Army Corp. reports and paper work.

**Unit prices required with bid proposal:**

S35.00/hr Laborer (Includes all taxes, insurance, fringes, overhead and profit)
S45.00/hr Equipment Operato (Includes all taxes, insurance, fringes, overhead and profit)
S6.30/tn Add/Deduct PCB contaminated soil loaded into container provided by others.

**Bidding Documents include the following:**

All Addendums issued during the bid period
Safety Site Policy for Dover Air Force Base
Statement and Acknowledgement - Form 1413
Activity Hazard Analysis Form
Project Schedule
Prevailing Wage Rates
Exhibit "L" Scope of Work
Specification sections - 00700, 00800, 01000, 01060, 02215, 02220, 02300, 02315, 02316, 02510, 02531, 02630, 02713, 02722, 02741, 02763, 02770.
Drawings - C101, C102, C103, C104, C105, C106, C107, C108, C109, C110, C111, L101
All dated March 21, 2002

**The following documents shall be filled out by the successful bidder within 2 days after award.**

1. The succesful contractor will be required to fill out the Activity Hazard Analysis form and submit to Nason Construction.
   This plan shall be submited to Nason Construction and approved by the Army Corp of Engineer before any work can begin. Any additional cost associated as a result of the issuance of an incomplete plan shall be borne by the contractor.
2. Pre-Award Survey

END OF DOCUMENT



EXHIBIT M

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

OMB No.: 1215-014
Expires: 03/31/200

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☐

ADDRESS

PAYROLL NO.

FOR WEEK ENDING

PROJECT AND LOCATION

PROJECT OR CONTRACT NO.

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) DAY AND DATE / HOURS WORKED EACH DAY | | | | | | | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS: FICA | WITH-HOLDING TAX | | | OTHER | TOTAL DEDUCTIONS | (9) NET WAGE[S] PAID FOR WE[EK] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

FORM WH-347, Revised Nov. 1994 — FORMERLY SOL 194 — *PURCHASE THIS FORM DIRECTLY FROM THE SUPT. OF DOCUMENTS*

Date ____________________

I, ______________________________ , ______________________________
(Name of Signatory Party) (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by ______________________________

______________________________ on the ______________________________
(Contractor or Subcontractor) (Building or Work)

______________________________ ; that during the payroll period commencing on the ____________

day of ____________ , 19____, and ending the ________ day of ____________ , 19____,

all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

______________________________ from the full
(Contractor or Subcontractor)

weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

______________________________

______________________________

______________________________

______________________________

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ — Each laborer or mechanic listed in the above referenced payroll has been paid, indicated on the payroll, an amount not less than the sum of the applicable bas hourly wage rate plus the amount of the required fringe benefits as listed in th contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

| NAME AND TITLE | SIGNATURE |
|---|---|
| | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

★ U.S. G.P.O.:1997 519-8

Client#: 942 JJIDINC

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 05/23/02

PRODUCER
Allied North America Insurance
Brokerage Corp. of New York
390 North Broadway
Jericho, NY 11753

RECEIVED
JUN 03 2002
NASON CONSTRUCTION INC.

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED
JJID, Inc.
100 Julian Lane
Bear, DE 19701

INSURERS AFFORDING COVERAGE

INSURER A: Zurich American Insurance Group
INSURER B: Zurich American Insurance Group
INSURER C: Gulf Ins. Co.
INSURER D: American Guarantee & Liability Ins
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY X PROJECT LOC | GLO349532101 | 07/01/01 | 07/01/02 | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $100,000 |
| | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| B | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | BAP349532201 | 07/01/01 | 07/01/02 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | AGG | $ |
| C | EXCESS LIABILITY<br>X OCCUR CLAIMS MADE<br>DEDUCTIBLE<br>X RETENTION $10000 | CU2855382 | 07/01/01 | 07/01/02 | EACH OCCURRENCE | $2,000,000 |
| | | | | | AGGREGATE | $2,000,000 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | WC349532001 | 07/01/01 | 07/01/02 | X WC STATUTORY LIMITS OTHER | |
| | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Mortuary Facility, Dover Air Force Base, Delaware, Contract No. DACA61-01-C-001, Kent County Job # 1143
Foregoing per policy form. Additional Insured status encompasses General Liability: Nason Construction, Inc. and Department of the Army Corp
(See Attached Descriptions)

CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: ____

Nason Construction, Inc.
2000 Foulk Road, Suite F
Wilmington, DE 19810

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
[signature]

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

## DESCRIPTIONS (Continued from Page 1)

District; Corps of Engineers and Dover Air Force Base, Mortuary, Dover, Delaware




RECEIVED
JUN 06 2002
NASON CONSTRUCTION

JOSEPH R. JULIAN
President

100 Julian Lane
Bear, DE 19701
Phone: (302) 836-0414
Fax: (302) 836-4275

JAMES J. JULIAN
Vice President

June 4, 2002

Nason Construction, Inc.
2000 Foulk Road
Suite F
Wilmington, DE 19810

ATTN: Mr. Anthony Ricciardi
Director of Preconstruction Services

REF: DAFB-Mortuary Facility
Dover, Delaware
Phase 1 Site
JJID Job # 1143

Gentlemen:

We have enclosed the signed subcontract for the above referenced project.

Please forward a copy of the executed subcontract to the attention of JJID.

We trust this meets with your approval. Please contact the undersigned at 302-836-0414 with any questions.

Very truly yours,

JJID, Inc.(James Julian, Inc. of Delaware)

James J. Julian
Vice President

cc: Joseph R. Julian
Rod Pieretti, P.E.
Tom Hutt
Pat Russell
Pete Ressel
Karen Roberts
Cheryl Ayares
File



JUN 10 2002 5:06PM HP LASERJET 3200 p.1




JOSEPH R. JULIAN
President

100 Julian Lane
Bear, DE 19701
Phone: (302) 836-0414
Fax: (302) 836-4275

JAMES J. JULIAN
Vice President

Date: 6/10/02

TO: Tony Ricciardi

FROM: P. T. Russell

Number of pages (including cover sheet) 3

If you experience any difficulty with transmittal, please contact our office at 302-836-0414.

Other:

CONFIDENTIALITY NOTICE: This facsimile is intended only for the addressee(s). It may contain confidential information which may also be legally privileged. If you are not the addressee(s) or an employee or agent responsible for delivering it to the addressee(s) you are hereby notified that any dissemination, including copying of this facsimile or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile in error, please notify the sender immediately by telephone and return the entire facsimile to the sender at the address shown above via U.S. Postal Service.

P. 1

* * * COMMUNICATION RESULT REPORT ( JUN. 10. 2002 10:17AM ) * * *

TTI NASON CONSTRUCTION 302 529 2808

TRANSMITTED/STORED JUN. 10. 2002 10:15AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 9266 | MEMORY TX | | 8364275 | OK | 6/6 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-3) NO ANSWER
E-2) BUSY
E-4) NO FACSIMILE CONNECTION




# FAX TRANSMITTAL COVER SHEET
## NASON CONSTRUCTION BILLING REQUIREMENTS

DATE: June 10, 2002

PLEASE DELIVER THE FOLLOWING FAX TO:

NAME: James Julian

FIRM: JJID, Inc.

PROJECT NO. AND NAME: 4862 – Dover Air Force Base – Mortuary

FAX NUMBER: 302-836-4275

FROM: Carol Lynch

According to our records, we are missing the following documents for the above-referenced job. Failure to provide these documents WILL result in a delay of payment.

***Signed Contract/(P.O.)*** X
***List of Suppliers:*** *X please fill in & sign*
Release of Liens:
***Exhibit E*** X
***Cover Letter:*** *X please sign*
AIA Payment Document:
(signed, notarized original is required!)
Other:

Insurance Certificate:
Missing:
Unacceptable because:
Original not received:
Expired:
Insuff. Limits:
Additional Insured:

Please complete the requirements and return to me as soon as possible. Thank you. We are transmitting 6 pages (including this cover sheet). Please have your insurance company fax over a copy and mail the original.

If you do not receive all the pages or have any questions concerning these requirements, please contact me at (302) 529-2511 Ext 219. The fax number is (302) 529-2817.

***ONCE I RECEIVE THE INSURANCE CERTIFICATE I RELEASE A CHECK IN THE AMOUNT OF $2,687.55 FOR THE JOB REFERENCED ABOVE! THANK YOU.***

P. 1

* * * COMMUNICATION RESULT REPORT ( JUN.13.2002 11:12AM ) * * *

TTI NC BUILDERS, INC.

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|---|
| 642 | MEMORY TX | | 8364275 | OK | P. 4/4 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

2nd request 6-13-02 *still need




# FAX TRANSMITTAL COVER SHEET

## NASON CONSTRUCTION BILLING REQUIREMENTS

DATE: June 10, 2002

PLEASE DELIVER THE FOLLOWING FAX TO:

NAME: ~~James~~ Julian Patrick Russell

FIRM: JJID, Inc.

PROJECT NO. AND NAME: 4862 – Dover Air Force Base – Mortuary

FAX NUMBER: 302-836-4275

FROM: Carol Lynch






Builders & Construction Managers

# FAX TRANSMITTAL COVER SHEET

## NASON CONSTRUCTION BILLING REQUIREMENTS

DATE: June 10, 2002

PLEASE DELIVER THE FOLLOWING FAX TO:

NAME: ~~James Julian~~ Patrick Russell

FIRM: JJID, Inc.

PROJECT NO. AND NAME: 4862 – Dover Air Force Base – Mortuary

FAX NUMBER: 302-836-4275

FROM: Carol Lynch

According to our records, we are missing the following documents for the above-referenced job. Failure to provide these documents **WILL** result in a delay of payment.

| | | | |
|---|---|---|---|
| * ***Signed Contract/(P.O.)*** | X | Insurance Certificate: | |
| ***List of Suppliers:*** HAVE cml 6-13-02 | ***X please fill in & sign*** | Missing: | |
| Release of Liens: | | Unacceptable because: | |
| ***Exhibit E*** have cml 6/13/02 | X | Original not received: | |
| * ***Cover Letter:*** | ***X please sign*** | Expired: | |
| AIA Payment Document: (signed, notarized original is required!) | | Insuff. Limits: | |
| Other: | | Additional Insured: | |

Please complete the requirements and return to me as soon as possible. Thank you. We are transmitting ~~8~~ 4 pages (including this cover sheet). Please have your insurance company fax over a copy and mail the original.

If you do not receive all the pages or have any questions concerning these requirements, please contact me at (302) 529-2511 Ext 219. The fax number is (302) 529-2817.

***ONCE I RECEIVE THE INSURANCE CERTIFICATE I RELEASE A CHECK IN THE AMOUNT OF $2,687.55 FOR THE JOB REFERENCED ABOVE! THANK YOU.***