# EXHIBIT C



**NASON**
CONSTRUCTION, INC.
*Builders & Construction Managers*

**MODIFICATION TO ORDER**

Re: - SC No.     486015JJ

PO No.

Change No.     1

To:    **Patrick Russell**
       **JJID**
       **100 Julian Lane**
       **Bear, DE 19701**

Date:     8/14/02

Job:     **4860: Dover Mortuary**

Account No.     02200

Please make the following change in the subject order:

Additional cost for RCP revisions as per JJID 7/16/02 proposal.

_____ Owner/Architect Change Order No. _____
__X__ Contract Item

Price of change: **$7,825**    Price was: **$833,570**    Adjusted Price: **$841,395**

DO         Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm:     **JJID**
By: _____  V. President__    By: _____
            Title                              Ralph McCafferty        Project Manager

Distribution: Superintendent/Project Manager/Accounting



**Builders & Construction Managers**

## MODIFICATION TO ORDER

Re: - SC No.  486015JJ

PO No.

Change No.  2

Date:  10/3/02

Job:  **4860: Dover Mortuary**

Account No.  02200

To:  **Patrick Russell**
**JJID**
**100 Julian Lane**
**Bear, DE 19701**

Please make the following change in the subject order:

#57 Stone supplied to Mortuary Site for Nason Construction Inc use.          $5,912

_____ Owner/Architect Change Order No. _____
___X___ Contract Item – PCO #24

Price of change: **$5,912**     Price was: **$841,395**

                                                        Adjusted Price: **$847,307**

DO             Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm: _____**JJID**_____

By: _____     By: _____
                    Title                                     Ralph McCafferty          Project Manager

Distribution: Superintendent/Project Manager/Accounting



# NASON
CONSTRUCTION, INC.
Builders & Construction Managers

**MODIFICATION TO ORDER**

| | |
|---|---|
| Re: - SC No. | 486015JJ |
| PO No. | |
| Change No. | 3 |
| Date: | 10/7/02 |
| Job: | **4860: Dover Mortuary** |
| Account No. | **02200** |

To: **Patrick Russell**
**JJID**
**100 Julian Lane**
**Bear, DE 19701**

Please make the following change in the subject order:
Supply the material to change Schedule 35 pipe to Schedule 40, pipe indicated as Schedule 35 on 95% drawings, pipe size changed to Schedule 40 on 100% documents.

$6,920

__X__ Owner/Architect PCO No. 21
_____ Contract Item

Price of change: **$6,920**     Price was: **$847,307**     Adjusted Price: **$854,227**

DO         Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm: _____**JJID**_____

By: _[signature] V, President_      By: _____
         Title                            Ralph McCafferty         Project Manager

Distribution: Superintendent/Project Manager/Accounting



**NASON**
CONSTRUCTION, INC.
*Builders & Construction Managers*

**MODIFICATION TO ORDER**

| | |
|---|---|
| Re: - SC No. | 486015JJ |
| PO No. | |
| Change No. | 4 |
| Date: | 10/7/02 |
| Job: | 4860: Dover Mortuary |
| Account No. | 02200 |

To: Patrick Russell
JJID
100 Julian Lane
Bear, DE 19701

Please make the following change in the subject order:
Removal of unsuitable material, worked performed from 6/20/02 through 8/1/02

| | |
|---|---|
| PCO #17 Remove and Replace Soil 7/1 | $1,293 |
| PCO #18 Remove and Replace Soil 6/20 | $4,422 |
| PCO #19 Remove and Replace Soil 6/26 | $4,476 |
| PCO #20 Remove and Replace Soil 7/8 | $1,547 |
| PCO #50 Remove and Replace Soil 8/1 | $1,646 |
| | $13,384 |

__X__ Owner/Architect PCO Nos. 17, 18, 19, 20, and 50
_____ Contract Item

Price of change: **$13,384**     Price was: **$854,227**          Adjusted Price: **$867,611**

DO         Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm: **JJID**
By: _[signature]_ Title: Vice Pres.        By: _____
                                            Ralph McCafferty    Project Manager

Distribution: Superintendent/Project Manager/Accounting

3:02p    Nason Construction           302 677 0796           p.2



# NASON
CONSTRUCTION, INC.

Builders & Construction Managers

## MODIFICATION TO ORDER

Re: - SC No.     486015JJ

PO No.

Change No.     5

Date:          12/09/02

To:    Jim Jullian
       JJID                          Job:          4860: Dover Mortuary
       100 Julian Lane
       Bear, DE 19701                Account No.   02200

Please make the following change in the subject order:

|   |   |   |
|---|---|---|
| PCO # 22 | Cathodic Protection | $4,100.00 |
| PCO # 26 | Removal of Excavated Soil – Contaminated – 3483.82 tons @ $12/ton | $41,446.00 |
| PCO # 26 | Removal of Excavated Soil – Clean Soil – 3748.32 tons @ $15.35/ton | $57,537.00 |
| PCO # 91 | Revised Chiller pad at mechanical area | $9,229.00 |
| PCO # 25 | G-borrow used for backfill – 744.33 tons @ $7.00/ton | $5,210.00 |
| PCO # 98 | Bulldozer for road repairs at Air Base dump site | $5,859.00 |
| PCO # 96 | Revised concrete pad at canopy | $9,465.00 |
| PCO # 97 | Additional concrete adjacent to building | $7,023.00 |
| PCO # 83 | Lower water line at Fursty Street | $2,550.00 |
| PCO # 12 | Removal of additional PCB soil – 18 tons | $462.00 |

Total  $142,881.00

  X   Owner/Architect Change Order No. _____
  X   Contract Item

Price of change: **$142,881.00**    Price was: **$867,611.00**         Adjusted Price: **$1,010,492.00**

DO        Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm: **JJID**

By: _____          By: _____
    Title: Vice President                  Ralph McCafferty    Project Manager

Distribution: Superintendent/Project Manager/Accounting

2000 Foulk Road, Suite F  •  Wilmington, DE 19810-3642  •  Tel (302) 529 2800  Fax (302) 529 2808



**NASON CONSTRUCTION, INC.**
*Builders & Construction Managers*

MAR 0 5 2003

www.nasonconstruction.com
2000 Foulk Road • Wilmington, DE 19810-3642
302.529.2800 tel • 302.529.2808 fax

## MODIFICATION TO ORDER

| | |
|---|---|
| Re: - SC No. | 486015JJ |
| PO No. | |
| Change No. | 6 |
| Date: | 2/27/03 |
| Job: | 4860: Dover Mortuary |
| Account No. | 02200   PCO #110 |

To:   Patrick Russell
      JJID
      100 Julian Lane
      Bear, DE 19701

Please make the following change in the subject order:

Snow removal costs per JJID letter dated 2/25/03
       T&M amount                                   $9,787.75

__X__ Owner/Architect PCO Nos._____
_____ Contract Item

Price of change: **$9,788**     Price was: **$1,010,492**          Adjusted Price: **$1,020,280**

DO          Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm: _____JJID_____
By: _____ Vice President     By: _____
        Title  Vice President                        David L. Oles    Project Executive

Distribution: Superintendent/Project Manager/Accounting

| Salisbury | Wilmington | Philadelphia |
|---|---|---|
| 213 W. Main Street | | Philadelphia Naval Business Center |
| The Plaza, City Center | 2000 Foulk Road | Quarters M-6, 4619 S. Broad Street |
| Salisbury, MD 21801-5010 | Wilmington, DE 19810-3642 | Philadelphia, PA 19112-1202 |



**NASON**
**CONSTRUCTION, INC.**
*Builders & Construction Managers*

www.nasonconstruction.com
2000 Foulk Road • Wilmington, DE 19810-3642
302.529.2800 tel • 302.529.2808 fax

**MODIFICATION TO ORDER**

| | |
|---|---|
| Re: - SC No. | **486015JJ** |
| PO No. | |
| Change No. | 7 |
| Date: | 4/7/03 |
| Job: | **4860: Dover Mortuary** |
| Account No. | **02200** |

To:  Patrick Russell
     JJID
     100 Julian Lane
     Bear, DE 19701

Please make the following change in the subject order:

Incorporate unit prices into Agreement.
    Attachment #1 – JJID letter dated 3/24/03

    Invoicing in accordance with daily signed extra work orders

_____Owner/Architect PCO Nos._____
__X__Contract Item

Price of change: **$TBD**      Price was: **$1,020,280**

Adjusted Price: **$TBD**

DO         Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. **SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP**

Firm:  JJID
By: _[signature]_  V.P.          By: _____
         Title                        David L. Oles         Project Executive

Distribution: Superintendent/Project Manager/Accounting

Salisbury
The Plaza, City Center
Salisbury, MD 21801-5010
410.749.5300 tel  410.219.9239 fax

Wilmington
2000 Foulk Road
Wilmington, DE 19810-3642
302.529.2800 tel  302.529.2808 fax

Philadelphia
Philadelphia Naval Business Center
Quarters M-6, 4619 S. Broad Street
Philadelphia, PA 19112-1202
215.334.9400 tel  215.334.6549 fax



# NASON
## CONSTRUCTION, INC.
*Builders & Construction Managers*



REC'D/JJID, INC.
JUL 1 1 2003
PRESIDENT'S OFFICE

www.nasonconstruction.com
2000 Foulk Road • Wilmington, DE 19810-3642
302.529.2800 tel • 302.529.2808 fax

## MODIFICATION TO ORDER

Re: - SC No.   486015JJ

PO No.

Change No.   8

To:   Patrick Russell
   JJID
   100 Julian Lane
   Bear, DE 19701

Date:   6/27/03

Job:   4860: Dover Mortuary

Account No.   02200

Please make the following change in the subject order:

Unit price work (refer to C.O. #7)

   Prep subgrade for brick pavers          Add:   $7,939.00

____ Owner/Architect PCO Nos._____
__X__ Contract Item

Price of change: **$7,939.00**     Price was: **$1,020,280**     Adjusted Price: **$1,028,219**

DO          Resubmit details as required in original order.
DO NOT

ALL TERMS AND CONDITIONS INCLUDED IN THE ORIGINAL ORDER SHALL APPLY TO THIS CHANGE ORDER. THIS CHANGE ORDER MUST BE RETURNED PROPERLY SIGNED BY THE SELLER OR SUBCONTRACTOR TO INDICATE ACCEPTANCE. SIGN & RETURN BOTH TO NASON CONSTRUCTION - ASAP

Firm:  _____JJID_____
By: _____[signature]_____   VP        By: __[signature] David L. Oles_____
                  Title                                          David L. Oles       Project Executive

Distribution: Superintendent/Project Manager/Accounting

Salisbury
213 W. Main Street
The Plaza, City Center
Salisbury, MD 21801-5010

Wilmington
2000 Foulk Road
Wilmington, DE 19810-3642

JUN 2 8 2004

## REVIEW OF JJID APPLICATION FOR PAYMENT FOR CHANGE ORDERS

| No. | DATE | Description on App for Payment | T&M Date | Documented & Approved | Other | CO # | SCH'D VALUE |
|---|---|---|---|---|---|---|---|
| 14 | 06/18/03 | Signed T&M EWO | 5/6/03-5/7/03 | X | | 9 | $ 1,418.90 |
| 15 | 06/18/03 | Signed T&M EWO | 5/14/03-5/15/03 | X | | | $ 3,357.00 |
| 16 | 06/18/03 | Signed T&M EWO | 05/19/03 | X | | | $ 1,673.50 |
| 17 | 06/18/03 | Signed T&M EWO | 05/20/03 | X | | | $ 910.80 |
| 18 | 03/06/03 | Signed T&M EWO | 03/04/03 | X | | | $ 1,600.00 |
| 20 | | GAS LINE EXTRA | | X | | | $ 3,500.00 |
| 21 | | COVER CURB W/BLANKETS | | X | | | $ 1,216.70 |
| 22 | 18XXX | G-BORROW USED FOR BACKFILL | | | X | | $ 1,082.62 |
| 23 | 04/24/03 | JJID req'd add'l work - geo-tex placement | 15, 16, 21, 22, 23 | | X | | $ 7,396.00 |
| 24 | 04/24/03 | undercut. Quantities were changed from JJID request | 4/03, 04, 14, 21 | | X | | $ 5,189.40 |
| 25 | 04/24/03 | JJID req'd add'l work - geo-tex placement | 4/03, 04, 21 | | X | | $ 3,130.04 |
| 26 | 04/24/03 | JJID req'd add'l work - geo-tex placement | 04/14/03 | | X | | $ 3,293.50 |
| 27 | 05/05/03 | JJID req'd add'l work - geo-tex placement | 04/29/03 | | X | | $ 700.00 |
| 28 | 05/05/03 | JJID req'd add'l work - geo-tex placement | 4/28/03 & 5/01/03 | | X | | $ 1,355.69 |
| 29 | 05/05/03 | JJID req'd add'l work - geo-tex placement | 04/28/03 | | X | | $ 1,734.00 |
| 30 | 05/05/03 | JJID req'd add'l work - geo-tex placement | 05/01/03 | | X | | $ 1,633.24 |
| | | | | | | | $ 39,191.39 |

CO #9

2

Updated 6/25/2004