ORIGINAL

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

UNITED STATES OF AMERICA
FOR THE USE OF JJID, INC.

**SUMMONS IN A CIVIL CASE**

V.

NASON CONSTRUCTION INCORPORATED,
a Pennsylvania corporation, and
TRAVELERS CASUALTY AND SURETY            CASE NUMBER:    0 5 - 1 2 8 -
COMPANY OF AMERICA,
a Connecticut corporation.


TO: (Name and address of Defendant)

NASON CONSTRUCTION INCORPORATED
c/o Registered Agent
Deborah P. Nason-Naples
2000 Foulk Road, Suite P
Wilmington, DE  19810


YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S. Green, Esq. (DE 0481), jgreen@svglaw.com
Kevin A. Guerke, Esq. (DE 4096), kguerke@svglaw.com
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-0600


an answer to the complaint which is served on you with this summons, within   **twenty (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                                       3/4/05
_____            _____
CLERK                                                 DATE

_/s/ Brian T. Trace_____
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/8/05 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: NASON CONSTRUCTION INCORPORATED AT 2000 FOULK RD WILM DE COPIES THEREOF WERE ACCEPTED BY: SHARON MANOLESCU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/05
               Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.