AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

UNITED STATES OF AMERICA
FOR THE USE OF JJID, INC.

V.

NASON CONSTRUCTION INCORPORATED,
a Pennsylvania corporation, and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,
a Connecticut corporation.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 128

TO: (Name and address of Defendant)

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
c/o Delaware Insurance Commissioner of the State of Delaware
841 Silver Lake Boulevard
Dover, DE  19901
Pursuant to 18 Del. C. Section 525

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S. Green, Esq. (DE 0481), jgreen@svglaw.com
Kevin A. Guerke, Esq. (DE 4096), kguerke@svglaw.com
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-0600

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                3/4/05
_____    _____
CLERK                                          DATE

_Brian T. Muce_
_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/8/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA C/O THE INSURANCE COMMISSIONER AT 841 SILVER LAKE BLVD. DOVER, DE COPIES THEREOF WERE ACCEPTED BY: E. RIDDICK

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/05
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.