IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> for the use of JJID, Inc. ) <br>         Plaintiff, ) <br>    v. ) <br> ) <br> NASON CONSTRUCTION ) <br> INCORPORATED and ) <br> TRAVELERS CASUALTY AND ) <br> SURETY COMPANY OF AMERIA ) <br>         Defendants. ) | C.A. No. 05-128 |

**STIPULATION FOR EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE RESPOND**

It is hereby stipulated and agreed upon by and between counsel for plaintiff, JJID, Inc., and defendants, Nason Construction Incorporated and Travelers Casualty and Surety Company of America, that:

1.    The time in which the defendants shall answer, move or otherwise respond to the Complaint shall be extended for fourteen (14) days through and including April 11, 2005.

2.    No prior extension has been granted.

3.    This extension is for a period of time that does not exceed thirty (30) days.

| | |
|---|---|
| SEITZ, VAN OGRROP & GREEN, P.A. | KLETT ROONEY LIEBER & SCHORLING |
| /s/ Kevin Guerke | /s/ |
| James S. Green, Esq. (No.0481) | James J. Sullivan, Jr., Esq. (No. 2266) |
| Kevin A. Guerke, Esq. (No. 4096) | James D. Taylor, Jr., Esq. (No. 4009) |
| 222 Delaware Avenue, Suite 1500 | The Brandywine Building |
| P.O. Box 68 | 1000 West Street, Suite 1410 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19801 |
| (302) 888-0600 | (302) 552-4200 |
| *Attorneys for JJID, Inc.* | *Attorneys for Nason Construction Incorporated and Travelers Casualty and Surety Company of America* |

**SO ORDERED**, this _____ day of _____, 2005.

_____
                                    J.

WLM#60377                      2