DATE: 03/30/05    JOB: 1143    PAYROLL # 99

I, Linda D. Sanchez,

DO HEREBY STATE......

1. THAT I PAY OR SUPERVISE THE PAYMENT OF THE PERSONS EMPLOYED BY JJID, INC. ON THE CONTRACT NUMBER OF DACA61-02-C-0001 STATE OF DELAWARE THAT DURING THE PAYROLL PERIOD COMMENCING ON THE 7th, DAY OF MARCH 2005 AND ENDING ON THE 13TH, DAY OF MARCH 2005 ALL PERSONS ON SAID PROJECT HAVE BEEN PAID THE FULL WEEKLY WAGES EARNED. THAT NO REBATES HAVE BEEN OR WILL BE MADE EITHER DIRECTLY OR INDIRECTLY TO OR ON BEHALF OF SAID JJID, INC. FROM THE FULL WEEKLY WAGES EARNED BY THAT PERSON, OTHER THAN PERMISSIBLE DEDUCTIONS AS DEFINED IN REGULATIONS, PART 3 (29 CFR SUBTITLE A), ISSUED BY THE SECRETARY OF LABOR UNDER THE COPELAND ACT, AS AMENDED (48 STAT. 948, 63 STAT. 108, 72 STAT. 967; 76 STAT. 357; 40 U.S.C. 276C), AND DESCRIBED BELOW:

2. THAT ANY PAYROLL IS OTHERWISE UNDER THIS CONTRACT REQUIRED TO BE SUBMITTED FOR THE ABOVE PERIOD ARE CORRECT AND COMPLETED; THAT THE WAGE RATES FOR LABORERS OR MECHANICS CONTAINED THEREIN ARE NOT LESS THAN THE APPLICABLE WAGE RATES CONTAINED IN ANY WAGE DETERMINATION INCORPORATED INTO THE CONTRACT: THAT THE CLASSIFICATIONS SET FORTH THEREIN FOR EACH LABORER OR MECHANIC CONFORM WITH THE WORK BEING PERFORMED.

3. THAT ANY APPRENTICES EMPLOYED IN THE ABOVE PERIOD ARE DULY REGISTERED IN A BONA FIDE APPRENTICESHIP PROGRAM REGISTERED WITH A STATE APPRENTICESHIP AGENCY RECOGNIZED BY THE BUREAU OF APPRENTICESHIP AND TRAINING, UNITED STATES DEPARTMENT OF LABOR, OR IF NO SUCH RECOGNIZED AGENCY EXISTS IN A STATE, ARE REGISTERED WITH THE BUREAU OF APPRENTICESHIP AND TRAINING, UNITED STATE DEPARTMENT OF LABOR.

4. THAT:

(A) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS IN ADDITION TO THE BASIC HOURLY WAGE RATE PAID TO EACH LABORER OR MECHANIC LISTED IN THE ABOVE REGISTERED PAYROLL, PAYMENTS OF FRINGE BENEFITS AS LISTED IN THE CONTRACT HAVE BEEN OR WILL BE MADE TO THE APPROPRIATE PROGRAMS FOR THE BENEFIT OF SUCH EMPLOYEES.

(B) WHERE FRINGE BENEFITS ARE PAID IN CASH, EACH LABORER OR MECHANIC LISTED IN THE ABOVE REFERENCED PAYROLL HAS BEEN PAID, AS INDICATED ON THE PAYROLL, AN AMOUNT NOT LESS THAN THE SUM OF THE APPLICABLE BASIC HOURLY RATE PLUS THE AMOUNT OF THE REQUIRED FRINGE BENEFITS AS LISTED IN THE CONTRACT.

NAME AND TITLE:    LINDA D. SANCHEZ, PAYROLL COORDINATOR    SIGNATURE _____

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

```
1 MAR 2005                      040 JJID, Inc.        Certified Payroll Report                        Page    1
                                1001 Julian Lane           Fed ID 51-0365145                          16:07:07
                                  Bear, DE 19701           (302)836-0414
                            Employee Gross/Deductions for Employee
                             For Pay Period Ending 03/13/2005

143       Mortuary Facility DAFB
------------------------------------------------------------------------------------------------------------
                         03/07   03/08   03/09   03/10   03/11   03/12   03/13   Total   Hourly  Fringe  Hourly  Gross
                          MON     TUE    WED     THU     FRI     SAT     SUN    Hours    Rate    Bnfts.  Fringe  Pay
------------------------------------------------------------------------------------------------------------
17-62-6757       WM  REG  0.00   0.00    0.00    0.00    0.00    0.00    0.00    8.00   16.000   0.00    0.00   128.00
Clarke Jr, William   OT   0.00   0.00    0.00    0.00    0.00    0.00    0.00    0.00    0.000   0.00    0.00     0.00
0 Mallard Court      DBL  0.00   0.00    0.00    0.00    0.00    0.00    0.00    0.00    0.000   0.00    0.00     0.00
kton                 OTH  0.00   0.00    0.00    0.00    0.00    0.00    0.00    0.00    0.000   0.00    0.00     0.00
    21921
                                                        --------------------------Benefits-----------------------

                                                        Total Benefits This Job Class    0.00    0.00            0.00

Filing Status M  Dependents 3   EEO: WHITE-MALE               M
     **Job Class  756 TANDEM AXLE TRUCK DRIVER                   Total Dollars This Job Class    128.00
------------------------------------------------------------------------------------------------------------
                                                                        -----------Deductions-----------
                                                                 01    Federal Income Tax      20.00
                                                                 02    FICA Employee            7.94
                                                                 05    Medicare Employee        1.86
                                                                                             --------
Week Ending 03/13/2005       Total Gross    128.00 Taxable Gross   128.00    Total Deductions    29.80 Net  98.20
Employee     Totals   0.00   0.00    0.00    0.00   0.00    0.00    0.00    0.00
------------------------------------------------------------------------------------------------------------
2-26-4247        WM  REG  8.00   0.00    8.00    0.00    0.00    0.00    0.00   25.00   23.110   0.00    0.00   577.75
in, Paul             OT   0.00   0.00    0.00    0.00    0.00    0.00    0.00    0.00    0.000   0.00    0.00     0.00
Box 508,67 Eagle C   DBL  0.00   0.00    0.00    0.00    0.00    0.00    0.00    0.00    0.000   0.00    0.00     0.00
lton                 OTH  0.00   0.00    0.00    0.00    0.00    0.00    0.00    0.00    0.000   0.00    0.00     0.00
    19943
                                                        --------------------------Benefits-----------------------

                                                        Total Benefits This Job Class    0.00    0.00            0.00

Filing Status S  Dependents 01   EEO: WHITE-MALE              M
     **Job Class  502 BACKHOE OPER.- RUBBER TIRE                 Total Dollars This Job Class    577.75
                                                                        -----------Deductions-----------
```

APR 11 2005

CONSTRUC

```
1 MAR 2005                    040 JJID, Inc.      Certified Payroll Report                          Page    2
                              100 Mullin Lane         Fed ID 51-0365145                             16:07:08
                                 Bear, DE 19701      (302)836-0414
                              Employee Gross/Deductions For Employee
                              For Pay Period Ending 03/13/2005
143      Mortuary Facility DAFB
------------------------------------------------------------------------------------------------------------
                   03/07  03/08  03/09  03/10  03/11  03/12  03/13  Total   Hourly   Fringe   Hourly   Gross
                    MON    TUE    WED    THU    FRI    SAT    SUN   Hours    Rate    Bnfts.   Fringe    Pay
                                                                     01   Federal Income Tax    100.22
                                                                     02   FICA Employee          50.15
                                                                     05   Medicare Employee      11.73
                                                                     10   DE Income Tax          16.82
                                                                     24   MD Income Tax           2.42
                                                                    106   Health Non Pretax       3.88
                                                                    401   401k Deduction         56.62
                                                                   N125   AFLAC Non 125           5.98
Week Ending 03/13/2005      Total Gross    808.85 Taxable Gross   752.23                      --------
Employee        Totals  8.00  0.00  8.00  9.00 10.00  0.00  0.00  35.00      Total Deductions   247.82  Net   561.03
------------------------------------------------------------------------------------------------------------
Project Totals      Total Project Hours    53.00  Total Project Gross    705.75
Week Ending Totals for Employees Reported on this Project
                                                                           Deductions
                                                                     01   Federal Income Tax    120.22
                                                                     02   FICA Employee          58.09
                                                                     05   Medicare Employee      13.59
                                                                     10   DE Income Tax          16.82
                                                                     24   MD Income Tax           2.42
                                                                    106   Health Non Pretax       3.88
                                                                    401   401k Deduction         56.62
                                                                   N125   AFLAC Non 125           5.98
                                                                                              --------
Total Hours   43.00 Total Gross    936.85 Total Taxable   880.23  Total Deductions  277.62  Net    659.23
```

APR 11 2005

CONSTRUC