April 15, 2005

Schedule of Backcharges and Set-Offs as a result of JJID's Breach

Exhibit 3

| Backcharges and Set-Offs | Amount |
|---|---|
| **Duffield Testing Reports** | |
| Top Soil Testing | $1,528.00 |
| **Moon Landscaping** | |
| Regrading of area around building #119 | $50,178.00 |
| Regrading of Phase II parking lot are including along Harmon Street and around parking lot to loading dock | |
| Removal of stones in topsoil | |
| Removal of concrete pipe and debris buried under topsoil | |
| Import of topsoil to meet specifications | |
| Repair of sod at Chad Street gate damaged by JJID trucks | |
| Regrading and installation of stone at pipes at 26th and Chad Streets | |
| **Stuart Steel Protection** | |
| Cathodic Protection Report | $1,300.00 |
| **Nason Construction General Conditions** | |
| Total Backcharge costs for Nason personnel directly related to the above work and extended general conditions | |
| In excess of | $50,000.00 |
| **TOTAL BACKCHARGE** In excess of | $103,006.00 |
| **AMOUNT LEFT TO PAY** | $59,840.40 |
| **TOTAL DUE TO (From) JJID** In excess of | (43,165.60) |