IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of JJID, Inc., <br><br> Plaintiff, <br><br> v. <br><br> NASON CONSTRUCTION INCORPORATED, a Pennsylvania corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation <br><br> Defendant. | ) ) ) ) C.A. No. 05-128 ) ) ) ) ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2005, I electronically filed the **Answer Of Defendants Nason Construction Incorporated And Travelers Casualty and Surety Company Of America and Counterclaim Against United States of America for the use of JJID, Inc.** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Jennifer M. Becnel-Guzzo
Jennifer M. Becnel-Guzzo (Bar No. 4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jbecnel-guzzo@klettrooney.com

WLM#60791