## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

April 22, 2005

James S. Green, Esq.
Seitz, VanOgtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

James J. Sullivan, Jr., Esq.
Klett Rooney Lieber & Schorling
1000 West Street - #1410
Wilmington, DE  19801

Re:   United States of America for the use of JJID, Inc. v.
      Nason Construction Incorporated, et al.
      Civil Action No. 05-128-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court