IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUN 24  PM 2: 38

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use of JJID, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-128-KAJ |
| NASON CONSTRUCTION INCORPORATED, a Pennsylvania corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 24th day of June, 2005,

IT IS ORDERED that the telephonic scheduling conference scheduled for **June 27, 2005 at 3:00 p.m.** is canceled.

_____
UNITED STATES DISTRICT JUDGE