IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of JJID, Inc.,<br>    Plaintiff,<br><br>v.<br><br>NASON CONSTRUCTION INCORPORATED, a Pennsylvania corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-128-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 27, 2005, one copy of the Initial Disclosures of Nason Construction, Inc. were served upon the following counsel of record via hand delivery:

> James S. Green, Esquire
> Seitz, Van Ogtrop & Green, P.A.
> 222 Delaware Avenue, Suite 1500
> P.O. Box 68
> Wilmington, DE 19899
> Email: jgreen@svglaw.com

KLETT ROONEY LIEBER & SCHORLING

By: _____
James J. Sullivan, Jr. (I.D. No. 2266)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jsullivan@klettrooney.com
*Attorney for Defendants
Nason Construction, Inc. and
Travelers Casualty and Surety Company of
America*

July 27, 2005

## **CERTIFICATE OF SERVICE**

I, James J. Sullivan, Jr., Esquire, do hereby certify that I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

>James S. Green, Esquire
>Seitz, Van Ogtrop & Green, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, DE 19899
>Email: jgreen@svglaw.com

KLETT ROONEY LIEBER & SCHORLING

By: _____
James J. Sullivan, Jr. (I.D. No. 2266)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jsullivan@klettrooney.com
Attorney for Defendants
*Nason Construction, Inc. and*
*Travelers Casualty and Surety Company of*
*America*

July 27, 2005