IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the use of JJID, Inc.,<br>    Plaintiff,<br><br>v.<br><br>NASON CONSTRUCTION INCORPORATED,<br>a Pennsylvania corporation, and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA, a Connecticut<br>corporation,<br>    Defendants. | C.A. No. 05-128-MPT |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

The undersigned, a member of the Delaware bar, pursuant to District Court Local Rule 83.5(c), files the attached certification and moves the admission *pro hac vice* of Sean R. Sullivan, Esquire, Klett Rooney Lieber & Schorling, Two Logan Square, 12th Floor, Philadelphia, Pennsylvania 19103-2756, (215) 567-7500, to represent the Defendants in this action. The applicant is admitted in good standing in the bar of the Commonwealth of Pennsylvania.

                                        KLETT ROONEY LIEBER & SCHORLING

                                        By: _____
                                        James J. Sullivan, Jr. (I.D. No. 2266)
                                        The Brandywine Building
                                        1000 West Street, Suite 1410
                                        Wilmington, Delaware 19801
                                        (302) 552-4200
                                        (302) 552-4295 (facsimile)
                                        jsullivan@klettrooney.com
                                        *Attorney for Defendants*
                                        *Nason Construction, Inc. and*
                                        *Travelers Casualty and Surety Company of*
                                        *America*

July 27, 2005

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted this ____ day of _____, 2005.

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the use of JJID, Inc., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NASON CONSTRUCTION INCORPORATED, )<br>a Pennsylvania corporation, and )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, a Connecticut )<br>corporation )<br>    Defendants. ) | C.A. No. 05-128-MPT |

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Sean R. Sullivan
Sean R. Sullivan, Esquire
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
(215) 567-7500
(215) 567-2737 (facsimile)
ssullivan@klettrooney.com

Dated: July 26, 2005

## CERTIFICATE OF SERVICE

I, James J. Sullivan, Jr., Esquire, do hereby certify that I electronically filed the Motion and Order for Admission Pro Hac Vice and Certification of Sean R. Sullivan with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

> James S. Green, Esquire
> Seitz, Van Ogtrop & Green, P.A.
> 222 Delaware Avenue, Suite 1500
> P.O. Box 68
> Wilmington, DE 19899
> Email: jgreen@svglaw.com

> KLETT ROONEY LIEBER & SCHORLING
>
> By: _____
> James J. Sullivan, Jr. (I.D. No. 2266)
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, Delaware 19801
> (302) 552-4200
> (302) 552-4295 (facsimile)
> jsullivan@klettrooney.com
> Attorney for Defendants
> *Nason Construction, Inc. and*
> *Travelers Casualty and Surety Company of America*

July 27, 2005