IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the use of JJID, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>NASON CONSTRUCTION INCORPORATED,<br>a Pennsylvania corporation, and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>a Connecticut corporation<br><br>    Defendant. | )<br>)<br>)   C.A. No. 05-128 KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, James S. Green, do hereby certify that on the 27th day of July, 2005, I served the DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1) OF PLAINTIFF UNITED STATES OF AMERICA FOR THE USE OF JJID, INC. via hand delivery to the following counsel of record:

James J. Sullivan, Jr., Esq.
Jennifer M. Becnel-Guzzo, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green, Sr.*
_____
James S. Green, Sr., Esquire
(Delaware Bar No. 481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600

Dated: July 28, 2005                                        Counsel for Plaintiff

37091 v1

**CERTIFICATE OF SERVICE**

I, James S. Green, do hereby certify that on the 28th day of July, 2005, I electronically filed the NOTICE OF SERVICE OF DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1) OF PLAINTIFF UNITED STATES OF AMERICA FOR THE USE OF JJID, INC. with the Clerk of the Court using CM/ECF which will send notification of such filing to the counsel of record.

/s/ James S. Green, Sr.
James S. Green, Sr., Esquire
(Delaware Bar No. 481)
jgreen@svglaw.com

37091 v1