IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use of JJID, Inc., | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : C. A. No. 05-128-MPT<br>: |
| NASON CONSTRUCTION<br>INCORPORATED and TRAVELERS<br>CASUALTY AND SURETY COMPANY<br>OF AMERICA, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

## ORDER

At Wilmington this **11th** day of **August, 2005**,

IT IS ORDERED that the continued mediation conference has been scheduled for **Monday, August 22, 2005** beginning at **4:30 p.m.** Dress for the mediation is casual. There shall be no further submissions of the parties. All other provisions of the Court's July 19, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE