IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> for the use of JJID, Inc., : <br>    : <br>                Plaintiff, : <br>    : <br> v.   : <br>    : <br> NASON CONSTRUCTION : <br> INCORPORATED and TRAVELERS : <br> CASUALTY AND SURETY COMPANY : <br> OF AMERICA, : <br>    : <br>                Defendants. : | C. A. No. 05-128-MPT |

**ORDER**

At Wilmington this **25th** day of **August, 2005**,

IT IS ORDERED that the status conference scheduled for Monday, September 12, 2005 at 8:30 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference/status conference has been scheduled for **Thursday, September 15, 2005** at **4:30 p.m.** with Judge Thynge. **Counsel for Nason shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE