IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>For the use of JJID, Inc.,<br>　　　　　Plaintiff<br><br>v.<br><br>NASON CONSTRUCTION<br>INCORPORATED and TRAVELERS<br>CASUALTY AND SURETY COMPANY<br>OF AMERICA,<br>　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-128-MPT |

## ORDER

AND NOW, this ___ day of November, 2005, upon consideration of the foregoing Stipulation of Settlement and Dismissal, the Court orders that this lawsuit is DISMISSED, with prejudice.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　_____, J.