## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
for the use of JJID, Inc.,              :
                                    :
                  Plaintiff,        :
                                    :
        v.                          :     C. A. No. 05-128-MPT
                                    :
NASON CONSTRUCTION                  :
INCORPORATED and TRAVELERS          :
CASUALTY AND SURETY COMPANY         :
OF AMERICA,                         :
                                    :
                  Defendants.       :

## ORDER

At Wilmington this **6th** day of **December, 2005,**

IT IS ORDERED that upon consideration of the foregoing Stipulation of

Settlement and Dismissal, this lawsuit is DISMISSED, with prejudice.

UNITED STATES MAGISTRATE JUDGE